Williams Allen Hunt, appellant,

*v.*

George F. D. Trask, trustee, &c., respondent.

[Argued July 1st, 1914. Decided October 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Lewis, whose opinion is reported *ante p. 521, sub nom. Battery Park National Bank* v. *Hunt.*

*Messrs. Lum, Tamblyn & Colyer,* for the appellant.

*Mr. William L. Rae,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis.

*For affirmance*—The Chief-Justice, Garrison, Swayze, Trenchard, Parker, Bergen, Minturn, Kalisch, Black, Bogert, Vredenburgh, Williams—12.

*For reversal*—None.